### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILAL KHIRY LASHAWN DEAN,  :<br>*Plaintiff*,  : <br> : <br>v.  : <br> : <br>C.F.C.F. CORRECTIONAL PRISON,  : <br>*Defendant*.  : | CIVIL ACTION NO. 23-CV-4716 |

### ORDER

AND NOW, this 12th day of December, 2023, upon consideration of Bilal Khiry Lashawn Dean's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Complaint is **DEEMED** filed.

    3.    Dean's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

    4.    The Clerk of Court shall **CLOSE** this case.

                                          **BY THE COURT:**

                                          */s/ Gerald J. Pappert*
                                          **GERALD J. PAPPERT, J.**